The People of the State of New York, Respondent, 
against
Nelson Gonzalez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John J. Delury, J.H.O.), rendered September 21, 2017, convicting him, upon a plea of guilty, of violating New York Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (John J. DeLury, J.H.O.), rendered September 21, 2017, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
The notably terse and ambiguous plea colloquy underlying defendant's Summons Part conviction fails to establish that his plea was knowing, intelligent and voluntary. The court did not address defendant during the plea proceeding, nor was defendant advised of any constitutional rights he was waiving (see People v Moore, 24 NY3d 1030 [2014]; People v Tyrell, 22 NY3d 359, 365-366 [2013]). Given the relatively minor nature of the infraction here charged, we dismiss the accusatory instrument in lieu of remanding the matter (see People v Burwell, 53 NY2d 849, 851 [1981]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 14, 2018